Case 1:18-cr-00050-SPW   Document 17   Filed 05/01/18   Page 1 of 2

**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Colin.Rubich@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER ALAN ESREY,**<br><br>Defendant. | **CR 18-50-BLG-SPW**<br><br>**NOTICE OF TRIAL DAYS** |

The United States, represented by Assistant United States Attorney Colin M. Rubich, files this notice advising the Court and counsel that the United States anticipates the government's case-in-chief for the trial scheduled for June 25, 2018, will require approximately three trial days to complete.

1

DATED this 1st day of May, 2018.

                        KURT G. ALME
                        United States Attorney

                        */s/ Colin M. Rubich*
                        COLIN M. RUBICH
                        Assistant U. S. Attorney