IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALAN ESREY,<br><br>Defendant. | CR 18-50-BLG-SPW-TJC<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Judge Watters has referred to the undersigned Defendant's Motion to Change Plea. (*See* Docs. 31, 32.)

Accordingly, IT IS ORDERED that, provided the parties consent, the Court will conduct a change of plea hearing on **July 17, 2018, at 2:30 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 28th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge