

**FILED**
JUL 13 2018
Clerk, U S District Court
District Of Montana
Billings

COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-50-BLG-SPW |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | ACCESSORY AFTER THE FACT<br>Title 18 U.S.C. § 3 |
| CHRISTOPHER ALAN ESREY, | (Penalty: Ten years imprisonment, $125,000 fine, and three years supervised release) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about February 6, 2018, at Billings and within Yellowstone County in the State and District of Montana, the defendant, CHRISTOPHER ALAN ESREY, knowing that an offense against the United States had been committed, to wit, Robbery Affecting Commerce, in violation of 18 U.S.C. § 1951(a), did relieve, comfort, and assist the offender, Antonio Francisco Gutierrez, in order to hinder and

1

prevent the offender's apprehension, trial, and punishment, in violation of 18 U.S.C. § 3.

DATED this 16th day of July, 2018.

KURT G. ALME
United States Attorney

_____
COLIN M. RUBICH
Assistant U.S. Attorney

for _____
KURT G. ALME
United States Attorney

for: _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney