# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **CHRISTOPHER ALAN ESREY,** <br><br> Defendant. | CR 18-50-BLG-SPW-TJC <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE PLEA AGREEMENT UNDER SEAL** |

Based upon the United States' Unopposed Motion for Leave to File Plea Agreement Under Seal (Doc. 40), and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the United States' Motion is GRANTED. The United States may file the plea agreement under seal.

Dated this 16th day of July, 2018.

                                       _____
                                       TIMOTHY J. CAVAN
                                       United States Magistrate Judge