**FILED**

JUL 17 2018

Clerk, US District Court
District of Montana - Billings

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR-18-50-BIG-SPW-TJC |
| Christopher Alan Esrey | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/17/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Steven C. Babcock
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*