IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-50-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER ALAN ESREY, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Petition for Revocation of Supervised Release (Doc. 150). For good cause being shown,

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss the Petition (Doc. 150) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Arrest Warrant for Defendant, Christopher Alan Esrey be **QUASHED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 17th day of January, 2024.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1